1044

[No. 9570–6–I.   Division One.   December 14, 1981.]

THE CITY OF SEATTLE, *Respondent*, v. LORENZO RICE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 80–1–03767–2, T. Patrick Corbett, J., entered October 24, 1980. *Remanded* by unpublished opinion per Callow, J., concurred in by James, C.J., and Durham, J.

[No. 8740–1–I.   Division One.   December 14, 1981.]

*In the Matter of the Marriage of* KAREN Y. HOEFNER, *Respondent, and* MARION K. HOEFNER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. D–120464, Robert M. Elston, J., entered April 15, 1980. *Affirmed* by unpublished per curiam opinion.

[No. 8751–7–I.   Division One.   December 14, 1981.]

*In the Matter of the Welfare of* JENNIFER L. GREFSRUD, ET AL.

Appeal from judgments of the Superior Court for Whatcom County, Nos. J–6684, J–6685, J–6686, Byron L. Swedberg, J., entered April 2, 1980. *Affirmed* by unpublished opinion per Durham, J., concurred in by Ringold, A.C.J., and Williams, J.

[No. 8668–5–I.   Division One.   December 14, 1981.]

MARY L. HALE, *Respondent*, v. THE DEPARTMENT OF EMPLOYMENT SECURITY, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 79–2–00605–8, Paul D. Hansen, J., entered March 12, 1980. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Ringold, A.C.J., and Callow, J.